HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLENARD TYRONE NEAL, JR., DONALD JAMAR LEWIS, FELIX ADEOKUN,<br><br>Defendants. | Case No. CR06-5058 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon a Joint Defense Motion to Extend Motions Cutoff Date [Dkt. #44].

Having considered the entirety of the records and file herein, it is hereby

**ORDERED** that the joint motion is **GRANTED**. Pretrial motions, if any, shall be filed on or before August 28, 2006.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 17th day of July, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1